UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHARLIE A. POWELL, II,
          Plaintiff,
    vs.
ETHAN HEALY *pka* "HEALY", and
BRAINTRUST RECORDS, LLC a Florida
Limited Liability Company
          Defendants.

Case No. 2:20-cv-10171-DSF-AFM

**ORDER ON STIPULATION TO STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S REQUEST FOR SANCTIONS FROM NOVEMBER 30, 2020 TO DECEMBER 1, 2020**

      Defendants, ETHAN HEALY p/k/a "HEALY" and BRAINTRUST RECORDS, LLC, and Plaintiff, CHARLIE A. POWELL, II, submit that the following stipulation that has been agreed upon by the Parties hereto.

      Having reviewed the stipulation, the Court rules as follows:

      1)       The agreed upon Stipulation is hereby GRANTED

      IT IS SO ORDERED.

DATED:  December 2, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE