BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Lori Sambol Brody (State Bar No. 150545)
  lbrody@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Charlie A. Powell II

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARLIE A. POWELL, II, | Case No. 2:20-CV-10171-DSF-AFM |
| Plaintiff, | The Hon. Dale S. Fischer |
| vs. | **PLAINTIFF'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF SANCTIONS AWARDED IN ORDER RE SANCTIONS PURSUANT TO 18 U.S.C. §1447(C) (DKT. NO. 18); DECLARATIONS OF LORI SAMBOL BRODY AND LAUREN KILGORE IN SUPPORT THEREOF** |
| ETHAN HEALLY pka "HEALY"; and BRAINTRUST RECORDS, LLC, a Florida Limited Liability Company, | |
| Defendant. | |
| | Judge:  Hon. Dale S. Fischer |
| | Trial Date:  None Set |

1732036.1

Case No. 2:20-CV-10171-DSF-AFM

PLAINTIFF'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF SANCTIONS; DECLARATIONS OF LORI SAMBOL BRODY AND LAUREN KILGORE IN SUPPORT THEREOF

On December 28, 2020, the Court ordered, in its Order re Sanctions Pursuant to 28 U.S.C. § 1447(c) (the "Order," Dkt. No. 18), that Defendants Ethan Heally pka "Healy" and Braintrust Records, LLC ("Defendants") pay the reasonable costs of Charlie A. Powell, II ("Plaintiff") pursuant to 28 U.S.C. § 1447(c) incurred due to Defendants' wrongful removal of this action from Tennessee state court to this Court. Plaintiff submits this supplemental submission in support of Plaintiff's request for reasonable costs.

As required by the Order, the parties met and conferred, on January 11, 2021, in an attempt to agree on the amount of attorneys' fees to be awarded. Declaration of Lori Sambol Brody ("Brody Decl.") ¶2. The parties did not reach an agreement as to the amount of fees.[1] *Id.*

Plaintiff hereby requests that Defendants, or their counsel, pay Plaintiff $17,665 as "just costs and any actual expenses, including attorney fees, incurred as a result of the removal." *See* 28 U.S.C. § 1447(c); *see also* attached declarations and Exhibit 1.

DATED: November 20, 2020       BROWNE GEORGE ROSS
                                                               O'BRIEN ANNAGUEY & ELLIS LLP
                                                                    Keith J. Wesley
                                                                    Lori Sambol Brody

By:    */s/ Lori Sambol Brody*
                    Lori Sambol Brody
Attorneys for Plaintiff Charlie A. Powell, II

---

[1] Indeed, Defendants' counsel doubled-down and indicated that Defendants would challenge any sanction or attorneys' fee award, whether by a motion for reconsideration or appeal, even though Plaintiff's counsel informed him that these actions would result in additional attorneys' fees. Brody Decl. ¶2. Plaintiff reserves all rights to request additional sanctions should Defendants take further actions to challenge the Order.

# DECLARATION OF LORI SAMBOL BRODY

I, Lori Sambol Brody, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am senior counsel at Browne George Ross O'Brien Annaguey & Ellis LLP ("BGR"), counsel of record for Plaintiff Charlie A. Powell II ("Plaintiff") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. On January 11, 2021, as required by the Order re Sanctions Pursuant to 28 U.S.C. § 1447(c) (Dkt. No. 18), I participated in a telephone call with Lauren Kilgore, Tennessee counsel for Plaintiff, and Andrew Williams, counsel for Defendants, in an attempt to agree on the amount of attorneys' fees to be awarded. The parties did not reach an agreement as to the amount of fees. Indeed, Mr. Williams indicated that he would challenge any sanction or attorneys' fee award, whether by a motion for reconsideration or appeal. Ms. Kilgore warned him that that would result in Plaintiff's incurring additional attorneys' fees as a result of Defendants' improper removal.

3. I am the attorney primarily responsible for handling this action for BGR. In 1987, I earned a B.A. from University of California, Berkeley, and, in 1990, a J.D. from U.C.L.A. School of Law. While in law school, I was a judicial extern to Justice David N. Eagleson of the California Supreme Court. My practice includes complex litigation, commercial litigation, and intellectual property law. My billing rate charged in this action to Plaintiff is $475.00 an hour. This hourly rate is reasonable and compatible with that of attorneys of comparable skill, experience and training in the Los Angeles legal community handling similar legal matters.

4. Keith J. Wesley is the partner at BGR who was supervising the litigation of this action. He earned a B.A. from Ohio Wesleyan University and a J.D. from the George Washington University Law School. He is the managing

1  partner at BGR and practices in the area of commercial and intellectual property
2  law.  His billing rate charged in this action to Plaintiff is $650 an hour.  This hourly
3  rate is reasonable and compatible with that of attorneys of comparable skill,
4  experience and training in the Los Angeles legal community handling similar legal
5  matters.

6        5.     Attached hereto as Exhibit 1 is a spreadsheet that contains the time
7  incurred by both BGR and Shackelford, Bowen, McKinley & Norton, LLP
8  ("Shackelford"), prepared pursuant to the Court's Order re: Format of Time and
9  Expense Records.  The entries for BGR specify the hours expended by BGR in
10 representing Plaintiff due to Defendants' improper removal of this action from
11 Tennessee state court directly to United States District Court for the Central District
12 of California.

13       6.     My time entries are indicated by the initials "LSB" and those of Mr.
14 Wesley are indicated by the initials "KJW."  It is a BGR custom and practice to
15 maintain time records on a contemporaneousness basis.  Both Mr. Wesley and I
16 maintain our time records on a contemporaneousness basis, and have the entries
17 entered into BGR's billing system.

18       7.     The time for BGR reflected in Exhibit 1 was generated from BGR's
19 billing system and the data is maintained in the ordinary course of business and kept
20 in accordance with the normal and customary practices of BGR, aside from editing
21 the data to comply with the Court's Order re: Format of Time and Expense Records
22 (e.g., changing the time charged from quarters of an hour to tenths of an hour and
23 adding litigation codes).  It is BGR's custom and practice to send bills to the client
24 on a monthly basis.  I have reviewed the time for BGR and hereby represent to this
25 Court that these records accurately reflect the actual fees and costs incurred by
26 Plaintiff for legal services performed by BGR resulting from Defendants' wrongful
27 removal of this case from Tennessee state court to United States District Court for
28 the Central District of California.

1  Executed this 20th day of January 20, 2021, at Los Angeles, California.
2  I declare under penalty of perjury under the laws of the United States of
3  America that the foregoing is true and correct.
4
5                                            */s/ Lori Sambol Brody*
                                              Lori Sambol Brody
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF LAUREN KILGORE

I, Lauren Kilgore, declare and state as follows:

1. I am over twenty-one years of age, competent to testify in a legal proceeding, and give this declaration of my own personal knowledge. The facts set forth herein are true and correct to the best of my knowledge, information, and belief. I submit this declaration in support of Plaintiff's supplemental submission in support of sanctions.

2. I am a member in good standing of the bar of Tennessee and counsel for the Plaintiff in this case, Charles A. Powell. I am a partner at Shackelford, Bowen, McKinley & Norton, LLP ("Shackelford"), located in Nashville, Tennessee.

3. I am the attorney primarily responsible for handling this action in Tennessee. In 2005, I earned a B.A. from Birmingham-Southern College, and, in 2011, a J.D. from Vanderbilt University Law School. My practice includes entertainment, intellectual property, general business litigation, and transactional entertainment matters. My billing rate charged in this action to Plaintiff is $350.00 an hour. This hourly rate is reasonable and compatible with that of attorneys of comparable skill, experience and training in the Nashville legal community handling similar legal matters.

4. Jacob Clabo, an associate with our firm, also assisted me in this matter. Mr. Clabo's billing rate in this action to Plaintiff is $250.00.

8. Attached hereto as Exhibit 1 is a spreadsheet that contains the time incurred by both Browne George Ross O'Brien Annaguey & Ellis LLP ("BGR") and Shackelford, prepared pursuant to the Court's Order re: Format of Time and Expense Records. The entries for Shackelford specify the hours expended by Shackelford in representing Plaintiff due to Defendants' improper removal of this action from Tennessee state court directly to United States District Court for the Central District of California.

9. My time entries are indicated by the initials "LK" and those of Jacob Clabo are indicated by the initials "JC." Both Mr. Clabo and I maintain our time records on a contemporaneousness basis, and have the entries entered into Shackelford's billing system.

5. The time for Shackelford reflected in Exhibit 1 was generated from Shackelford's billing system and the data is maintained in the ordinary course of business and kept in accordance with the normal and customary practices of Shackelford, aside from editing the data to comply with the Court's Order re: Format of Time and Expense Records (e.g., changing the time charged from quarters of an hour to tenths of an hour). It is Shackelford's custom and practice to send bills to the client on a monthly basis. I have reviewed the time for Shackelford and hereby represent to this Court that these records accurately reflect the actual fees and costs incurred by Plaintiff for legal services performed by Shackelford resulting from the removal of this action from Tennessee state court to United States District Court for the Central District of California.

Executed this 20th day of January 2021, at Nashville, Tennessee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Lauren Kilgore

# EXHIBIT 1

1184044.1

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | DATE | ATTY | DESCRIPTION OF SERVICES | HOURS | RATE | AMOUNT | UTBMS CODE |
| 2 | 11/05/2020 | LK | Review wrongful notice of removal and conference call with C. Barker re response. | 0.60 | $350.00 | $210.00 | L250 |
| 3 | 11/06/2020 | JC | Research removal statute in support of response to improper removal. | 1.30 | $225.00 | $292.50 | L250 |
| 4 | 11/06/2020 | JC | Prepare and draft memorandum re improper notice of removal. | 2.20 | $225.00 | $495.00 | L250 |
| 5 | 11/06/2020 | JC | Continued re research re notice of removal; revise memorandum on notice of removal. | 0.20 | $225.00 | $45.00 | L250 |
| 6 | 11/06/2020 | JC | Draft letter re removal. | 0.20 | $225.00 | $45.00 | L250 |
| 7 | 11/09/2020 | JC | Draft memorandum and response letter regarding improper removal to federal court. | 1.20 | $225.00 | $270.00 | L250 |
| 8 | 11/09/2020 | LK | Research and review removal statute and case law supporting response letter to improper removal to opposing counsel. | 1.90 | $350.00 | $665.00 | L250 |
| 9 | 11/09/2020 | LK | Draft, revise and finalize response letter concerning improper removal. | 1.10 | $350.00 | $385.00 | L250 |
| 10 | 11/10/2020 | LK | Review Rule 11 motion practice and motion to remand from federal court. | 0.80 | $350.00 | $280.00 | L250 |
| 11 | 11/12/2020 | LK | Conference call with CA counsel re improper removal and response to same. | 0.50 | $350.00 | $175.00 | L250 |
| 12 | 11/12/2020 | LK | Review pleadings and draft correspondence to CA counsel re pro hac vice notice from court. | 0.40 | $350.00 | $140.00 | L190 |
| 13 | 11/12/2020 | LK | Review local rules of CA court re meet and confer. | 0.70 | $350.00 | $245.00 | L250 |
| 14 | 11/12/2020 | LK | Review correspondence from A. Williams re meet and confer and schedule same. | 0.30 | $350.00 | $105.00 | L250 |
| 15 | 11/13/2020 | LK | Review order from court and draft response to form re pro hac and submit same to clerk. | 0.80 | $350.00 | $280.00 | L190 |
| 16 | 11/16/2020 | KJW | Communication with L Kilgore and L Brody re strategy re motion to dismiss, remand motion, and sanctions. | 0.50 | $650.00 | $325.00 | L250 |

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | DATE | ATTY | DESCRIPTION OF SERVICES | HOURS | RATE | AMOUNT | UTBMS CODE |
| 17 | 11/16/2020 | LK | Review and draft response to A. Williams re meet and confer. | 0.10 | $350.00 | $35.00 | L250 |
| 18 | 11/16/2020 | LK | Draft Declaration in support of ex parte motion re removal of case re meet and confers with A. Williams. | 0.30 | $350.00 | $105.00 | L250 |
| 19 | 11/16/2020 | LK | Review case law on removal to federal court re meet and confers with A. Williams. | 0.80 | $350.00 | $280.00 | L250 |
| 20 | 11/16/2020 | LK | Review pleadings and order from judge re scheduling. | 0.70 | $350.00 | $245.00 | L190 |
| 21 | 11/16/2020 | LK | Correspondence with CA counsel re motion on sanctions. | 0.20 | $350.00 | $70.00 | L250 |
| 22 | 11/16/2020 | LK | Correspondence with A. Williams on meet and confer. | 0.10 | $350.00 | $35.00 | L250 |
| 23 | 11/16/2020 | LK | Draft declaration of support of ex parte motion re removal of case re meet and confers with A. Williams. | 0.60 | $350.00 | $210.00 | L250 |
| 24 | 11/16/2020 | LK | Review pleadings and motion to dismiss and order from judge on scheduling. | 0.70 | $350.00 | $245.00 | L250 |
| 25 | 11/16/2020 | LSB | Draft ex parte concerning wrongful removal and striking or continuing motion to dismiss. | 3.50 | $475.00 | $1,662.50 | L250 |
| 26 | 11/17/2020 | LK | Review and revise Declaration in support of ex parte motion re removal of case re meet and confers with A. Williams. | 0.20 | $350.00 | $70.00 | L250 |
| 27 | 11/17/2020 | LK | Send declaration to CA counsel. | 0.20 | $350.00 | $70.00 | L250 |
| 28 | 11/17/2020 | LK | Review ex parte motion from CA counsel. | 0.40 | $350.00 | $140.00 | L250 |
| 29 | 11/17/2020 | LK | Coordinate finalizing ex parte motion from CA counsel. | 0.20 | $350.00 | $70.00 | L250 |
| 30 | 11/17/2020 | LK | Correspondence with A. Williams re ex parte and meet and confer motion. | 0.10 | $350.00 | $35.00 | L250 |
| 31 | 11/17/2020 | LK | Conference with C. Barker re status and course of action. | 0.20 | $350.00 | $70.00 | L190 |
| 32 | 11/17/2020 | LK | Review correspondence with C. Powell re agreement with Healy from 2013. | 0.30 | $350.00 | $105.00 | L190 |
| 33 | 11/17/2020 | LSB | Draft ex parte concerning wrongful removal and striking or continuing motion to dismiss | 9.00 | $475.00 | $4,275.00 | L250 |
| 34 | 11/18/2020 | LK | Prepare for and conduct meet and confer with A. Williams on motions. | 0.50 | $350.00 | $175.00 | L250 |

|    | A          | B    | C                                                                                                                                                          | D     | E        | F          | G          |
|----|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|------------|------------|
| 1  | DATE       | ATTY | DESCRIPTION OF SERVICES                                                                                                                                    | HOURS | RATE     | AMOUNT     | UTBMS CODE |
| 35 | 11/18/2020 | LK   | Conference with C. Barker re preparing for and conducting meet and confers with A. Williams re motions.                                                    | 0.50  | $350.00  | $175.00    | L250       |
| 36 | 11/18/2020 | LK   | Follow-up with CA counsel re engagement letter and next steps.                                                                                             | 0.50  | $350.00  | $175.00    | L190       |
| 37 | 11/19/2020 | KJW  | Review remand order returning case to Tennessee state court.                                                                                               | 0.10  | $650.00  | $65.00     | L250       |
| 38 | 11/19/2020 | LK   | Review Order remanding case.                                                                                                                               | 0.30  | $350.00  | $105.00    | L250       |
| 39 | 11/19/2020 | LK   | Correspondence with CA counsel and client re Order remanding case.                                                                                         | 0.20  | $350.00  | $70.00     | L250       |
| 40 | 11/19/2020 | LSB  | Review and analyze court's order remanding case to Tennessee state court.                                                                                  | 0.10  | $475.00  | $47.50     | L250       |
| 41 | 11/30/2020 | KJW  | Communication with L Kilgore and L Brody re strategy re opposing counsel's request to extend his November 30, 2020 deadline to file opposition to December 1, 2020. | 0.20  | $650.00  | $130.00    | L250       |
| 42 | 11/30/2020 | LSB  | review and revise opposing counsel's stipulation to extend his November 30 deadline to file opposition to Plaintiff's request for sanctions to December 1. | 0.50  | $475.00  | $237.50    | L250       |
| 43 | 12/01/2020 | LK   | Westlaw research re fees issue.                                                                                                                            | 0.20  | $350.00  | $70.00     | L250       |
| 44 | 12/02/2020 | LK   | Correspondence with CA counsel re response to fees motion.                                                                                                 | 0.20  | $350.00  | $70.00     | L250       |
| 45 | 12/02/2020 | LK   | Conference with C. Barker re response to fees motion.                                                                                                      | 0.20  | $350.00  | $70.00     | L250       |
| 46 | 12/02/2020 | LK   | Review response to fees application by A. Williams.                                                                                                        | 0.30  | $350.00  | $105.00    | L250       |
| 47 | 12/02/2020 | LK   | Discuss response to fees motion with CA counsel.                                                                                                           | 0.30  | $350.00  | $105.00    | L250       |
| 48 | 12/02/2020 | LSB  | Review and analyze defendants' opposition to request for sanctions.                                                                                        | 0.20  | $475.00  | $95.00     | L250       |
| 49 | 12/03/2020 | LSB  | Draft reply brief in support of Plaintiff's request for sanctions.                                                                                         | 3.00  | $475.00  | $1,425.00  | L250       |
| 50 | 12/04/2020 | KJW  | Draft reply brief in support of Plaintiff's request for sanctions.                                                                                         | 1.00  | $650.00  | $650.00    | L250       |
| 51 | 12/04/2020 | LK   | Conference call re meet and confer with A. Williams.                                                                                                       | 0.10  | $350.00  | $35.00     | L250       |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **DATE** | **ATTY** | **DESCRIPTION OF SERVICES** | **HOURS** | **RATE** | **AMOUNT** | **UTBMS CODE** |
| 52 | 12/04/2020 | LK | Update client re meet and confer. | 0.10 | $350.00 | $35.00 | L250 |
| 53 | 12/04/2020 | LK | Review draft of reply on sanctions and fee issue for CA court. | 0.40 | $350.00 | $140.00 | L250 |
| 54 | 12/04/2020 | LK | Finalize draft reply on sanctions and fees for CA court. | 0.40 | $350.00 | $140.00 | L250 |
| 55 | 12/07/2020 | LK | Draft strategy response to C. Barker. | 0.20 | $350.00 | $70.00 | L250 |
| 56 | 12/07/2020 | LK | Coordinate filing reply to response on sanctions award. | 0.20 | $350.00 | $70.00 | L250 |
| 57 | 12/07/2020 | LK | Send response on sanctions award to C. Barker. | 0.20 | $350.00 | $70.00 | L250 |
| 58 | 12/07/2020 | LSB | Draft reply brief in support of Plaintiff's request for sanctions. | 1.30 | $475.00 | $617.50 | L250 |
| 59 | 12/10/2020 | LSB | Communicate with opposing counsel and co-counsel re meet and confer on defendants' proposed motion to strike Plaintiff's reply brief in support of Plaintiff's request for sanction. | 0.10 | $475.00 | $47.50 | L250 |
| 60 | 12/11/2020 | LSB | Communicate with opposing counsel re meet and confer on defendants' proposed motion to strike Plainitff's reply brief in support of Plaintiff's request for sanction. | 0.10 | $475.00 | $47.50 | L250 |
| 61 | 12/14/2020 | LK | Conference call with CA attorney re additional proceedings. | 0.50 | $350.00 | $175.00 | L250 |
| 62 | 12/14/2020 | LSB | Participate in meet and confer with opposing counsel on defendants' proposed motion to strike Plaintiff's reply brief in support of Plaintiff's request for sanctions. | 0.40 | $475.00 | $190.00 | L250 |
| 63 | 12/14/2020 | LSB | Communicate with L Kilgore re meet and confer re defendants' proposed motion to strike Plaintiff's reply brief in support of Plaintiff's request for sanctions. | 0.10 | $475.00 | $47.50 | L250 |
| 64 | 12/15/2020 | LK | Follow-Up with client re filing on remand. | 0.10 | $350.00 | $35.00 | L250 |
| 65 | 12/28/2020 | LK | Correspondence with CA counsel re award of attorney's fees. | 0.20 | $350.00 | $70.00 | L250 |
| 66 | 12/28/2020 | LK | Follow-up with A. Williams re award of attorney's fees. | 0.20 | $350.00 | $70.00 | L250 |
| 67 | 12/28/2020 | LK | Review bills re attorney's fees award. | 0.20 | $350.00 | $70.00 | L250 |
| 68 | 12/28/2020 | LSB | Review and analyse court's order re sanctions. | 0.10 | $475.00 | $47.50 | L250 |

|    | A          | B    | C                                                                                              | D     | E        | F          | G          |
|----|------------|------|------------------------------------------------------------------------------------------------|-------|----------|------------|------------|
| 1  | **DATE**   | **ATTY** | **DESCRIPTION OF SERVICES**                                                                | **HOURS** | **RATE** | **AMOUNT** | **UTBMS CODE** |
| 69 | 01/04/2021 | LSB  | Attempt to communicate with opposing counsel re scheduling meet and confer.re amount of sanctions. | 0.10  | $475.00  | $47.50     | L250       |
| 70 | 01/07/2021 | LSB  | Attempt to communicate with opposing counsel re scheduling meet and confer re amount of sanctions. | 0.10  | $475.00  | $47.50     | L250       |
| 71 | 01/11/2021 | LSB  | Participate in meet and confer with A Williams and L Kilgore re amount of sanctions.           | 0.30  | $475.00  | $142.50    | L250       |
| 72 |            |      |                                                                                                |       |          |            |            |
| 73 |            |      | **Total Hours:**                                                                               | **44.00** |          |            |            |
| 74 |            |      | **Total Fees:**                                                                                |       |          | $17,665.00 |            |

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2021, I electronically filed the foregoing **PLAINTIFF'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF SANCTIONS AWARDED IN ORDER RE SANCTIONS PURSUANT TO 18 U.S.C. §1447(C) (DKT. NO. 18); DECLARATIONS OF LORI SAMBOL BRODY AND LAUREN KILGORE IN SUPPORT THEREOF** with the Clerk of the Court using the CM/ECF system.

　　　　　　　　　　　　　　　　　　　*/s/ Lori Sambol Brody*
　　　　　　　　　　　　　　　　　　　Lori Sambol Brody