THE WILLIAMS LAW GROUP
Andrew Williams, Esq.
Attorney for Plaintiff
6273 Sunset Drive
Suite D3
South Miami, Florida 33143
Telephone: (253) 970-1683
CA Bar No. 310526
Email:  Andrew@TheWilliamsLG.com
Secondary Email: WilliamsLawFlorida@gmail.com

**Attorney for Defendant, ETHAN HEALY**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE A. POWELL, II,<br>            Plaintiff,<br><br>    vs.<br><br>ETHAN HEALY *pka* "HEALY", and<br>BRAINTRUST RECORDS, LLC a Florida<br>Limited Liability Company<br><br>            Defendants. | Case No.: 2:20-cv-10171-DSF-AFM<br><br>**DEFENDANTS' OPPOSITION TO SUPPLEMENTAL SUBMISSION IN SUPPORT OF SANCTIONS AWARDED IN ORDER RE SANCTIONS PURSUANT TO 18 U.S.C. § 1447(C) [DE 18]; AND DECLARATION OF ANDREW WILLIAMS, ESQ.**<br><br>**[[Proposed] Order Lodged Concurrently]**<br><br>Judge: Honorable Dale S. Fischer<br><br>Trial Date: N/A |

         Defendants, ETHAN HEALY ("Healy") and BRAINTRUST RECORDS, LLC ("Braintrust")

(collectively, the "Defendants"), hereby submit this Memorandum of Points and Authorities in Opposition

to Plaintiff Charlie A. Powell's ("Powell" or "Plaintiff") Supplemental Submission in Support of

Sanctions Awarded in Order Re Sanctions Pursuant to 18 U.S.C. § 1447(C) [DE 18].

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   STATEMENT OF FACTS

On or around March 4, 2013, Defendant Healy entered into a ***written*** agreement in which the Plaintiff and Healy agreed that the Plaintiff would serve as Healy's manager in the entertainment industry (the "Management Agreement" or the "Agreement"). The Management Agreement was presented to Healy by the Plaintiff and it was signed by *both* Healy and Plaintiff.  After executing the Agreement, Plaintiff maintained the Agreement in his possession.

On or around July 2019, Healy provided the Plaintiff with *written* notice of his termination of the Agreement based upon, among other things, the Plaintiff's misappropriation of monies that belonged to Healy. On or around September 22, 2020, the Plaintiff filed an action in the Chancery Court for Shelby County, Tennessee (the "Chancery Court"). On November 5, 2020, the Defendants removed that action to this Court.

Pursuant to the Federal Rules of Civil Procedure, the Defendants then responded to the Complaint on or around November 12, 2020, or within seven (7) days from the date of removal.  On November 17, 2020, the Plaintiff filed the *Ex Parte* Application pursuant to Local Rule 7-19. Pursuant to Local Rule 7-19, Plaintiff was provided with two (2) days to respond to the *Ex Parte* Application; however, for reasons that are not entirely clear, this Court ruled on the *Ex Parte* Application on November 19, 2020, before the Defendants deadline to file any response had expired [DE 11]. The Defendants were then given until November 30, 2020, to oppose the Request for Sanctions, which the parties stipulated would be timely submitted on December 1, 2020 [DE 14].

On December 28, 2020, this Court entered an order granting the request for sanctions and which ordered the Parties to meet and confer concerning the issue of attorney's fees by January 12, 2021 [DE 18].  On January 11, 2021, the parties met and conferred pursuant to this Court's order.  Unfortunately,

the Parties were unable to come to an agreement concerning the amount of any award for attorney's fees.

## II.   ARGUMENT

*See* Declaration of Andrew Williams, Esq.

### CONCLUSION

Based on the foregoing points, authorities, it should be clear to this Court that the Plaintiff is incapable of providing accurate figures related to his attorneys' fees.  It should also be apparent the declarations of Plaintiff's counsel, which were issued under penalty of perjury contain falsehoods that cannot be reconciled with the math and numbers that were provided in support of them.  In reviewing and calculating the inflated figures the Plaintiff presented to this Court the Defendants had to exhaust significant attorney's fees of their own to identify and document these inaccuracies.

**WHEREFORE** Defendants, Ethan Healy and Braintrust Records, LLC, respectfully requests that this Court enter an order that only provides Plaintiff with only a de minimis amount of attorneys' fees, if any at all, or alternatively, that this Court cap the amount of the attorneys fees awarded at around $2,500.00, or specifically the number in the proposed order filed by the Defendants.[1]

Dated this 27th day of January 2021.

Respectfully submitted,                    THE WILLIAMS LAW GROUP

BY:  _/s/Andrew Williams_____
     Andrew Williams, Esq.

---

[1] It should be noted that the Plaintiff failed to file any proposed order as required by the Local Rules of this Court.

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that on the 27th day of January 2021, a copy of the foregoing **DEFENDANTS' OPPOSITION TO SUPPLEMENTAL SUBMISSION IN SUPPORT OF SANCTIONS AWARDED IN ORDER RE SANCTIONS PURSUANT TO 18 U.S.C. § 1447(C) [DE 18]**, was served via the CM/ECF system on all parties and counsel of record.

Dated this 27th day of January 2021.

Respectfully submitted,                    THE WILLIAMS LAW GROUP

                                           BY:  /s/Andrew Williams
                                               Andrew Williams, Esq.